# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:04–bk–13333–CGC

ROGER W. BRADLEY  Chapter: 7
2318 N. 87TH AVE.
PHOENIX, AZ 85037
**SSAN:** xxx–xx–2024
**EIN:**

Debtor(s)

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date:** November 12, 2004  BY THE COURT

**Address of the Bankruptcy Clerk's Office:**  HONORABLE Charles G. Case II
U.S. Bankruptcy Court, Arizona  United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1706

Telephone number: 602–682–4000

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2         User: learys              Page 1 of 1              Date Rcvd: Nov 12, 2004
Case: 04-13333               Form ID: b18              Total Served: 23


The following entities were served by first class mail on Nov 14, 2004.
db         +ROGER W. BRADLEY,    2318 N. 87TH AVE.,    PHOENIX, AZ 85037-3701
aty        +ROBERT R. TEAGUE,    PHILLIPS & ASSOCIATES,    3030 N. 3RD STREET, #1101,    PHOENIX, AZ 85012-3066
tr          ROBERT J. DAVIS,    P.O. BOX 55120,    PHOENIX, AZ  85078-5120
ust        +U.S. TRUSTEE,    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,
             PHOENIX, AZ 85003-1725
5348554    +AMERICA ACCEPTANCE,    1945 SCOTTSVILLE RD B-2#,    BOWLING GREEN KY 42104-5836
5348556    +ASSOCIATED RECOVERY SYSTEMS,    201 W. GRAND AVE.,    ESCONDIDO CA 92025-2603
5348557     CAPITAL ONE BANK,    P.O. BOX 85064,    Glen Allen VA 23058-5064
5348560    +CAVALRY PORTFOLIO SERVICES,    4050 E COTTON CTR BLVD, STE 20,    PHOENIX AZ 85040-8862
5348561     COLLECTION SERVICE BUREAU,    P.O. BOX 310,    SCOTTSDALE AZ 85252-0310
5348562     CROSS COUNTRY BANK,    P.O. BOX 15371,    WILMINGTON DE 19850-5371
5348563    +DEPT OF VETERANS AFFAIRS,    PO BOX 11930,    SAINT PAUL MN 55111-0930
5348564    +EAST TEMPE JUSTICE COURT,    1845 E BROADWAY RD,    TEMPE AZ 85282-1667
5348565    +FIRST PREMIER BANK,    601 S. MINNESOTA AVE.,    SIOUX FALLS SD 57104-4868
5348567    +HB,    PO BOX 15522,    WILMINGTON DE 19850-5522
5348568    +MARVIN J. SCHENK, ESQ.,    3877 N. 7TH STREET, #280,    PHOENIX AZ 85014-5074
5348569    +NCO FINANCIAL SVCS,    515 PENNSYLVANIA AVE,    FORT WASHINGTON PA 19034-3303
5348570    +SCOTTSDALE HEALTHCARE - OSBORN,    P.O. BOX 29679,    PHOENIX AZ 85038-9679
5348572    +WELLS FARGO,    3761 E BASELINE RD, H126,    GILBERT AZ 85234-5455
5348573    +WELLS FARGO ED. FIN. SERV.,    301 E. 58TH ST. N,    SIOUX FALLS SD 57104-0422
The following entities were served by electronic transmission on Nov 13, 2004 and receipt of the transmission
was confirmed on:
smg        +EDI: AZDEPREV.COM Nov 13 2004 02:32:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
5348555    +EDI: PHINAMERI.COM Nov 13 2004 02:32:00      AMERICREDIT,    801 CHERRY ST. STE. 39,
             FORT WORTH TX 76102-6803
5348556    +EDI: ARSNATIONAL.COM Nov 13 2004 02:33:00      ASSOCIATED RECOVERY SYSTEMS,    201 W. GRAND AVE.,
             ESCONDIDO CA 92025-2603
5348559     EDI: CAPITALONE.COM Nov 13 2004 02:33:00      CAPITAL ONE SERVICES,    P.O. BOX 85167,
             RICHMOND VA 23285-5167
5348571    +EDI: AFNIVZWIRE.COM Nov 13 2004 02:33:00      VERIZON WIRELESS,    10734 INTERNATIONAL,
             RANCHO CORDOVA CA 95670-7359
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5348558*    CAPITAL ONE BANK,    P.O. BOX 85064,    Glen Allen VA 23058-5064
5348566*   +FIRST PREMIER BANK,    601 S. MINNESOTA AVE.,    SIOUX FALLS SD 57104-4868
5348574*   +WELLS FARGO ED. FIN. SERV.,    301 E. 58TH ST. N,    SIOUX FALLS SD 57104-0422
5348575*   +WELLS FARGO ED. FIN. SERV.,    301 E. 58TH ST. N,    SIOUX FALLS SD 57104-0422
                                                                                          TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 14, 2004**          **Signature:**  *Joseph Speetjens*